DLD-106                                                            NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-4205
_____

IN RE:  DENNIS JAMES MAYER,
                                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Civ. No. 1-15-cv-00232)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 19, 2017
Before:  CHAGARES, VANASKIE and KRAUSE, Circuit Judges

(Opinion filed: February 7, 2017)
_____

OPINION*
_____

PER CURIAM

        Pro se petitioner Dennis James Mayer seeks a writ of mandamus to compel the

United States District Court for the Western District of Pennsylvania to issue a final

appealable order in his federal habeas case.[1]

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.
[1] We previously dismissed Mayer's appeal of the Magistrate Judge's Report and
Recommendation for lack of jurisdiction.  See C.A. No. 16-3338.

By order entered on December 9, 2016, the District Court granted Respondents' motion to dismiss, denied Mayer's habeas petition, and declined to issue a certificate of appealability. Because Mayer has now received the relief he requested in his mandamus petition – a final, appealable order – we will dismiss his mandamus petition as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).